December 28, 1979.

424 A.2d 555

Commonwealth v. Boguslowski, Appellant.

Argued June 18, 1979. Elliott B. Goldstan, for appellant; J. Michael Morrissey, submitted a brief on behalf of Commonwealth, appellee.

632

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.